**ORDERED SEALED BY COURT**

FILED
07 NOV -9 AM 11:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '07 MJ 2634

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. _____ |
| Plaintiff, ) | ORDER SEALING COMPLAINT AND ARREST WARRANTS |
| v. ) | |
| MILTON ALBERTO ARELLANO AYALA (D1), ) LUIS NORBERTO AMEZCUA CAMACHO (D2) ) | |
| Defendants. ) | |

Good cause appearing, the complaint and arrest warrants subscribed and filed today in the above-captioned case are hereby sealed until further order of this Court.

IT IS SO ORDERED.

DATED: November 9, 2007.

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE