| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. Pending |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| | Email: william.a.hall@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07MJ2634-NLS |
| Plaintiff, | |
| v. | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |
| MILTON ALBERTO ARELLANO AYALA, | |
| LUIS NORBERTO AMEZCUA CAMACHO, | |
| Defendant(s). | |

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, William A. Hall, Jr., and hereby moves to dismiss, without prejudice, the above-captioned complaint against the above-named defendants in the interest of justice. Of note, the above-named defendants were, subsequent to the date of the filing of this complaint, indicted in criminal case number 07CR1601-JM for conduct arising out of the same criminal episode.

DATED: November 16, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney