FILED

07 NOV 21 AM 9:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07MJ2634-NLS |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |
| v. | ) ) | |
| MILTON ALBERTO ARELLANO AYALA, LUIS NORBERTO AMEZCUA CAMACHO, | ) ) ) | |
| Defendant(s). | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the complaint in criminal case number 07MJ2634-NLS, be dismissed, without prejudice.

IT IS SO ORDERED.

DATED: 11-20-07

_____
HONORABLE NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

```
 1  KAREN P. HEWITT
    United States Attorney
 2  WILLIAM A. HALL, JR.
    Assistant U.S. Attorney
 3  California State Bar No. Pending
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7046/(619) 235-2757 (Fax)
    Email: william.a.hall@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07MJ2634-NLS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |
| MILTON ALBERTO ARELLANO AYALA, LUIS NORBERTO AMEZCUA CAMACHO, | ) ) | |
| Defendant(s). | ) | |

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, William A. Hall, Jr., and hereby moves to dismiss, without prejudice, the above-captioned complaint against the above-named defendants in the interest of justice. Of note, the above-named defendants were, subsequent to the date of the filing of this complaint, indicted in criminal case number 07CR1601-JM for conduct arising out of the same criminal episode.

DATED: November 16, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney