# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# 1414325

UNITED STATES OF AMERICA, )
)
v. )    unsealed 11/13/07
)
Luis Norberto AMEZCUA Camacho )
)    **ORDERED SEALED BY COURT**
)
)    Magistrate's Case No: **07 MJ 2634**
)
WARRANT ISSUED ON THE BASIS OF: )
)    **WARRANT FOR ARREST**
__ Failure to Appear   __ Order of Court )
__ Indictment          __ Information )
X  Complaint )

TO:                                            NAME AND ADDRESS OF PERSON TO BE ARRESTED:

Any U.S. MARSHAL or other              Luis Norberto AMEZCUA Camacho
authorized officer                     2720 North Bristol Apt. # I-1, Santa Ana, CA 92103

DATE ARRESTED BY CBP Edward (?) 11/16/07
STEVEN C. STAFFORD
ACTING U.S. MARSHAL

_____ DISTRICT
OF ARREST:                             CITY OF ARREST:
Southern District of California        Santa Ana, California

RECEIVED 2007 NOV -9 A U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest the above-named person and
bring that person before the United States District Court to
answer the charge(s) listed below.

### DESCRIPTION OF CHARGES

1)   8 U.S.C., Section 1324(a)(2)(B)(iii)-Bringing in Aliens(s) Without Presentation (FELONY)

| IN VIOLATION OF | UNITED STATES CODE TITLE: 8 | SECTION: 1324 |
|---|---|---|
| BAIL: | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY: | | DATE ORDERED: |
| CLERK OF COURT/U.S.MAGISTRATE **CATHY ANN BENCIVENGO** | BY: [signature] | DATE ISSUED: 11/9/07 |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE: |
|---|---|---|
| DATE EXECUTED: | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at time this warrant is executed.

CLASS II "J"        CBP        37CP        0303